

ENTERED
12/20/2019

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| **ULTRA PETROLEUM CORP.,** *et al* | § | **CASE NO: 16-32202** |
| Debtor(s) | § | |
| | § | **CHAPTER  11** |
| | § | |
| **JONAH LLC,** *et al* | § | |
| Plaintiff(s) | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 16-03278** |
| | § | |
| **ULTRA PETROLEUM CORP.,** *et al* | § | |
| Defendant(s) | § | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued on this date, Jonah LLC, *et al*. is entitled to be paid the wellhead value of production as to Classes 2, 3, and 4.  A final evidentiary trial establishing the amount, if any, owed by Ultra to Jonah will be conducted on March 2, 2020 at 9:00 a.m.

Not later than February 14, 2020 at 5:00 p.m., Jonah and Ultra must each file a proposed calculation of any unpaid amounts owed by Ultra, based on the wellhead value of production as to Classes 2, 3 and 4.

SIGNED **December 19, 2019.**

_____
Marvin Isgur
UNITED   STATES   BANKRUPTCY
JUDGE